*Court Of Appeals*

*Fourth Court of Appeals District of Texas*
*San Antonio*

★ ★ ★  ★ ★ ★

## MEMORANDUM OPINION

No. 04-09-00785-CR

**IN RE Jason MIEARS**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Karen Angelini, Justice
             Sandee Bryan Marion, Justice
             Marialyn Barnard, Justice

Delivered and Filed: December 16, 2009

PETITION FOR WRIT OF MANDAMUS DENIED

On December 8, 2009, relator Jason Miears filed a petition for writ of mandamus and a

motion for temporary relief. The court has considered relator's petition for writ of mandamus and

is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of

mandamus, the motion for temporary relief, and all other relief requested is DENIED. *See* TEX. R.

APP. P. 52.8(a).

                                                            PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 2009-CR-6566, styled *State v. Jason Miears*, pending in the 379th Judicial District Court, Bexar County, Texas, the Honorable Ron Rangel presiding.